UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

SUNG D. LEE AND SUSIE LEE, H/W   :
                                                          :
    VS.   :
                                                          :   CIVIL ACTION NO. 2:11-cv-04600-DMC-JAD
SUPER KING SAUNA NJ, LLC, KING SAUNA,   :
KING SPA & FITNESS and YOON JUNG PARK,   :
INDIVIDUALLY AND D/B/A KING SAUNA   :
AND KING SPA & FITNESS   :

## NOTICE OF DISMISSAL

Pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, kindly mark the above captioned matter as DISMISSED with prejudice, upon payment of your costs. The controversies between the parties have been fully and finally settled.

BY: *[signature]* Joseph D. Lento
JOSEPH D. LENTO, ESQUIRE
ID NO.: 208824
*Attorney for Sung D. Lee and Susie Lee, h/w*
PO Box 506
Narberth, PA 19072
(215) 535-3686 / FAX: (267) 639-6316

SO ORDERED: *[signature]*
DENNIS M. CAVANAUGH, U.S.D.J.
9/12/11